UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. | 3:14-00128 |
| | ) | | |
| v. | ) | | |
| | ) | | |
| JEFF CEPHUS MCCOY, JR. | ) | 18 U.S.C. § 371 | |
| | ) | 26 U.S.C. § 7206(1) | |
| and | ) | 18 U.S.C. § 2 | |
| | ) | | |
| ANDRA L. MCCOY | ) | | |

## ORDER

This matter comes before the Court on the United States' Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties and to the Internal Revenue Service ("IRS"); and (b) may be provided by the United States to the defendants or the defendants' counsel. The Indictment shall be unsealed immediately upon the arrest of both defendants.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the United States.

It is SO ORDERED on this _13th_ Day of _August_, 2014.

_____
Judge Haynes
Chief Judge, U.S. District Court