UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. | 3:14-cr-00128 |
| | ) | | |
| v. | ) | | |
| | ) | | |
| JEFF CEPHUS MCCOY, JR. | ) | | 18 U.S.C. § 371 |
| | ) | | 26 U.S.C. § 7206(1) |
| and | ) | | 18 U.S.C. § 2 |
| | ) | | |
| ANDRA L. MCCOY | ) | | |

## ORDER

This matter comes before the Court on the United States' Motion to Unseal Indictment. It is hereby ORDERED that:

The Motion is granted and the Indictment is ordered unsealed.

Dated: August 18, 2014

Judge Griffin