Motion GRANTED.
Status Conference set for 10/5/2015 at 3:30 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:14-00128 |
| v. ) | |
| ) | Judge Trauger |
| JEFF CEPHUS MCCOY, JR. ) | |
| ) | |
| and ) | |
| ) | |
| ANDRA L. MCCOY ) | |

### UNITED STATES' MOTION REQUESTING A STATUS CONFERENCE

The United States moves the Court to schedule a status conference. The parties have conferred and determined that a jury trial will be required in order to resolve this matter. This matter is scheduled for a jury trial to begin on Tuesday, November 24, 2015. The United States estimates that is case-in-chief will take approximately three days to present. As the trial is scheduled for Thanksgiving week, the Government's case-in-chief will likely spill over into the week of November 30, 2015. Moving counsel respectfully submits that this trial schedule may pose logistical and travel issues for government witnesses and the potential jurors, and may impact the Court's calendar the following week. Therefore, moving counsel submits that a status conference may be beneficial to all involved.

Prior to filing the instant motion, moving counsel conferred with defense counsel and they are in agreement with both the filing of the motion and the relief sought herein.