# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:14-cr-00128 |
| ) | Judge Trauger |
| [1] JEFF CEPHUS MCCOY, JR. ) | |
| [2] ANDRA L. MCCOY ) | |

## ORDER

A status conference was held in this case on October 5, 2015. By agreement, the trial is being reset by separate order for March 29, 2016. It is further ORDERED that pretrial motions shall be filed by February 5, 2016, with responses due February 22, 2016.

It is so **ORDERED.**

Enter this 5th day of October 2015.

_____
ALETA A. TRAUGER
United States District Judge