# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                      3:14-CR-00128–BRW

JEFF CEPHUS MCCOY, JR (01)
ANDRA L. MCCOY (02)

## ORDER

This is an attempt to "clearify" (as they put it in Scott County, Arkansas whence I spring) my procedure on *voir dire*.

About two weeks before the trial I will send the parties a copy of my proposed *voir dire* and a draft of my proposed opening instructions. You will have several days to submit additional *voir dire* questions you want me to ask and any objections to the draft opening instructions.

I will add the following pop test to my *voir dire*:

    1)    Please state you name.

    2)    Where did you grow up?

    3)    Are you active in civic organizations or similar activities?

    4)    What are your hobbies?

    5)    What newspapers or magazines do you subscribe to or read regularly?

    6)    What are your favorite television shows?

    7)    What are your favorite radio talk shows?

    8)    What bumper stickers or window stickers do you have on your car or truck?

We will hand a microphone to each of the 32 prospective jurors and ask each one of them to respond individually. It seems to me that this will take care of Defendants' desire to hear the

jurors speak, so, otherwise, the *voir dire* will be conducted as I earlier set forth.

If, at the end of a parties 20 minutes of *voir dire*, a lawyer feels that additional questions need to be asked, the lawyer can approach the bench and advise me of the additional proposed questions.

Of course, the Prosecution get 7 peremptory strikes and Defendants get 11 total. If Defendants believe that either one of them needs additional peremptory challenges, this should be addressed forthwith, with specific suggestions. I'm inclined to think 11 strikes will be aplenty for both Defendants.

No "back strikes" will be permitted.

We will have a "drawn and struck" jury. When *voir dire* is completed the parties will be given a sheet upon which they can indicate their strikes, then submit their sheets to the courtroom deputy. If the Prosecution and Defendants strike the same juror, we will take the first 14.

Defendants' Motions for Modification and Clarification of Voir Dire Procedures (Doc. Nos. 101, 102) are DENIED.

IT IS SO ORDERED this 3rd day of February, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE